**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 671 MAL 2017

            Respondent    :

            :    Petition for Allowance of Appeal from

            :    the Order of the Superior Court

            v.             :

            :

ANDREW GONZALEZ,    :

            :

            Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.